**James CATO, Jr., Plaintiff–Appellant,**

v.

**T. AVILA; et al., Defendants–Appellees.**

**No. 08–17185.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.\*

Filed Oct. 7, 2009.

Rebecca Bach, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM \*\*

California state prisoner James Cato, Jr. appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action, without prejudice, for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's application of substantive law and review for clear error the district court's factual determinations. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed the action because Cato did not properly exhaust administrative remedies before filing his complaint in federal court. *See Woodford v. Ngo,* 548 U.S. 81, 90–91, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (explaining that "proper exhaustion" requires adherence to administrative procedural rules).

Cato's remaining contentions are unpersuasive.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.